FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2024
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRUE CLARK<br><br>　　　　Defendant. | 5:24-mj-00218<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　( )　the appearance of defendant as required; and/or

　　(B)　( )　the safety of any person or the community.

//
//

The court concludes:

A.  ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)  (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- Underlying Allegations (Failure to Report)
- Unknown Background
- Unknown Bail Resources
- Submission to Detention

IT IS ORDERED that defendant be detained.

DATED: 5/13/24

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE